806 A.2d 407

IN THE MATTER OF KENNETH H. GINSBERG, AN ATTORNEY
AT LAW (ATTORNEY NO. 010591974).

October 3, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–459, concluding that **KENNETH H. GINS-BERG** of **NAPLES, FLORIDA,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 8.4(c) (misrepresentation) and *RPC* 8.4(a) (violate the Rules of Professional Conduct through the acts of another), and good cause appearing;

It is ORDERED that **KENNETH H. GINSBERG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.